Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GONG'S MARKET OF SANGER, INC., et al.,<br><br>　　　　　Defendants. | No.  1:11-CV-02146-AWI-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GONG'S MARKET OF SANGER, INC. <u>ONLY</u>; ORDER** |

　　　WHEREAS, Defendant Gong's Market of Sanger, Inc. has not filed an answer or motion for summary judgment;

　　　WHEREAS, no counterclaim has been filed;

　　　Plaintiff hereby respectfully requests that <u>ONLY</u> Defendant Gong's Market of Sanger, Inc. be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 17, 2012　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Ronald Moore

///

*Moore v. Gong's Market of Sanger, Inc., et al.*
Notice of Voluntary Dismissal;  Order

Page 1

1 **ORDER**

2    Good cause appearing,

3    IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Gong's Market of Sanger, Inc. is
4 dismissed with prejudice from this action.

8 IT IS SO ORDERED.

9 Dated: February 17, 2012                    _____
10                                             CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Gong's Market of Sanger, Inc., et al.*
Notice of Voluntary Dismissal;  Order

Page 2