Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>vs.<br><br>GONG'S MARKET OF SANGER, INC., et al.,<br><br>   Defendants. | No. 1:11-CV-02146-AWI-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GONG'S MARKET OF SANGER, INC. ONLY; ORDER** |

WHEREAS, Defendant Gong's Market of Sanger, Inc. has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that ONLY Defendant Gong's Market of Sanger, Inc. be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 17, 2012          MOORE LAW FIRM, P.C.


                                  /s/Tanya E. Moore
                                  Tanya E. Moore
                                  Attorneys for Plaintiff Ronald Moore

///

*Moore v. Gong's Market of Sanger, Inc., et al.*
Notice of Voluntary Dismissal; Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Gong's Market of Sanger, Inc. is dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated: February 17, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Gong's Market of Sanger, Inc., et al.*
Notice of Voluntary Dismissal; Order

Page 2