ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Howard A. Sagaser                                State Bar No. 72492
5260 North Palm Avenue, Suite 300
Fresno, California 93704-2215
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

Attorneys for Gong's Market of Sanger, Inc.,
Esperanza D. Real, Miguel C. Real

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>                    Plaintiff,<br><br>vs.<br><br>GONG'S MARKET OF SANGER, INC., ESPERANZA D. REAL, MIGUEL C. REAL, dba CHAPALA MEXICAN RESTAURANT,<br><br>                    Defendant. | CASE NO.: 1:11-cv-02146-AWI-SKO<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff RONALD MOORE ("Plaintiff"), through his counsel of record, Tanya E. Moore of the Moore Law Firm, P.C., and Defendants, GONG'S MARKET OF SANGER, INC., ESPERANZA D. REAL, MIGUEL C. REAL dba CHAPALA MEXICAN RESTAURANT, through their counsel of record, Howard A. Sagaser of Atkinson, Andelson, Loya, Ruud & Romo, that:

1. This is the second extension sought. The first extension allowed Defendants up to and including February 27, 2012 to respond to Plaintiff's Complaint.

2. Plaintiff and Defendants are currently negotiating a settlement agreement and agree to extend the deadline for Defendants to respond to Plaintiff's Complaint.

3. This extension is not sought for any improper purpose or to delay and will not result in prejudice to either party.

THEREFORE, the parties hereby agree to the following:

The deadline for Defendants to file their response to Plaintiffs' Complaint is continued to April 16, 2012.

IT IS SO STIPULATED.

DATED: March 13, 2012

                MOORE LAW FIRM, P.C.

By:   /s/ Tanya E. Moore
       Tanya E. Moore
       Attorneys for RONALD MOORE

DATED: March 13, 2012

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:   /s/ Howard A. Sagaser
       Howard A. Sagaser
       Attorneys for GONG'S MARKET OF SANGER, INC., ESPERANZA D. REAL, MIGUEL C. REAL

**ORDER**

IT IS SO ORDERED.

Dated:   **April 9, 2012**             **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE