Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>     vs.<br><br>GONG'S MARKET OF SANGER, INC., et al.,<br><br>           Defendants. | No.  1:11-CV-02146-AWI-SKO<br><br>**STIPULATION CHANGING DATE FOR SETTLEMENT CONFERENCE; ORDER**<br><br>Current Date:  September 27, 2012<br>New Date:  July 31, 2012 |

**WHEREAS**, the Court's May 17, 2012 Scheduling Order set the Settlement Conference in this matter for September 27, 2012;

**WHEREAS**, the Parties believe that an earlier settlement conference is desirable given the posture of the case and to avoid unnecessarily incurring additional fees and costs associated with discovery if a settlement can be reached;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that the settlement conference currently set for September 27, 2012 be moved to July 31, 2012.

///

///

///

**IT IS SO STIPULATED**.

Dated:  June 29, 2012                              MOORE LAW FIRM, P.C.

                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore, Attorneys for
                                                   Plaintiff Ronald Moore

                                                   ATKINSON, ANDELSON, LOYA,
                                                   RUUD & ROMO


                                                   */s/ Laurian C. Rutterbush*
                                                   Laurian C. Rutterbush, Attorneys for Defendants
                                                   Esperanza D. Real, Miguel C. Real dba
                                                   Chapala Mexican Restaurant

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Settlement Conference currently set for September 27, 2012, is hereby continued to July 31, 2012 at 10:00 a.m. in Courtroom 7 before the Honorable Sheila K. Oberto.  All other dates and orders made in the Court's May 17, 2012, Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated:  **July 2, 2012**                                    **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE