K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>      vs.<br><br>GONG'S MARKET OF SANGER, INC., et al.<br><br>           Defendants. | No.  1:11-cv-02146-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Esperanza D. Real and Miguel C. Real dba Chapala Mexican Restaurant, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: August 18, 2012                                                    MOORE LAW FIRM, P.C.


                                                                               /s/Tanya E. Moore
                                                                               Tanya E. Moore
                                                                               Attorney for Plaintiff Ronald Moore


*Moore v. Gong's Market of Sanger, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

1  Date: August 18, 2012                          ATKINSON, ANDELSON, LOYA,
2                                                 RUUD & ROMO
3
4                                                 /s/ Laurian C. Rutterbush
                                                  Laurian C. Rutterbush
5                                                 Attorneys for Defendants Esperanza D.
                                                  Real, Miguel C. Real dba Chapala Mexican
6                                                 Restaurant
7
8                                    **ORDER**
9
10      The parties having so stipulated, this action is dismissed with prejudice pursuant to Rule
11  41 of the Federal Rules of Civil Procedure.
12
13
14
15
16  IT IS SO ORDERED.
17  Dated:   August 18, 2012               _____
18                                         CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Gong's Market of Sanger, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                              Page 2