K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,

                Plaintiff,

        vs.

GONG'S MARKET OF SANGER, INC., et
al.

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.  1:11-cv-02146-AWI-SKO

**STIPULATION FOR DISMISSAL OF
ACTION; ORDER**

     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Esperanza D. Real and Miguel C. Real dba Chapala Mexican Restaurant, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: August 18, 2012                     MOORE LAW FIRM, P.C.

                                       /s/Tanya E. Moore
                                       Tanya E. Moore
                                       Attorney for Plaintiff Ronald Moore

*Moore v. Gong's Market of Sanger, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

1   Date: August 18, 2012                    ATKINSON, ANDELSON, LOYA,
2                                            RUUD & ROMO

3                                            /s/ Laurian C. Rutterbush
4                                            Laurian C. Rutterbush
                                             Attorneys for Defendants Esperanza D.
5                                            Real, Miguel C. Real dba Chapala Mexican
6                                            Restaurant

7

8                              **<u>ORDER</u>**

9

10         The parties having so stipulated, this action is dismissed with prejudice pursuant to Rule

11   41 of the Federal Rules of Civil Procedure.

12

13

14

15

16   IT IS SO ORDERED.

17   Dated:   August 18, 2012         _____
18                                    CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

*Moore v. Gong's Market of Sanger, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                         Page 2